KING CHOO v. UNITED STATES. LAW KING v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 13, 1915.) In Error to the District Court of the United States for the Northern District of New York.

On motion to enlarge on bail. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Application to admit to bail is denied, with leave to renew upon the presentation of a bill of exceptions or a certified court record, showing what actually took place at the time the judgment of deportation was entered. The proceeding, so far as the papers now before the court are concerned, was most informal; there is nothing to show officially what evidence there was.